# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| CHARLES KEVIN TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV617-135 |
| | ) | |
| ART VILLEGAS, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant Terry Smith's motion to stay discovery (doc. 19) pending resolution of his motion for judgment on the pleadings (doc. 18 at 1, noting a co-defendant's partial motion to dismiss remains pending as well), which is unopposed, is **GRANTED**. See S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this __27th__ day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA