# United States District Court
## Southern District of Georgia

CHARLES KEVIN TAYLOR,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17-cv-135

ART VILLEGAS; ROBERT DANIEL DISMUKE; KEVIN BESSENT; and CHRISTOPHER ANTHONY GINO HARRISON,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 28, 2019, granting Defendant Villegas' Motion for Summary Judgment, judgment is hereby entered in favor of Defendant Art Villegas and against Plaintiff, Charles Kevin Taylor. Art Villegas is dismissed as a party to this case.

Approved by: _____

October 2, 2019
Date

Scott L. Poff
Clerk

(By) Deputy Clerk